UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IRIS COLON, AND ALL SIMILARLY
SITUATED INDIVIDUALS,

    Plaintiffs,

-vs-                              Case No. 6:08-cv-1121-Orl-28DAB

JOHN KNOX VILLAGE OF CENTRAL
FLORIDA, INC., ,

    Defendant.

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement and to Dismiss Case with Prejudice (Doc. No. 24) filed December 5, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 6, 2009 (Doc. No. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement and to Dismiss Case with Prejudice (Doc. No. 24) is **GRANTED** to the extent that the settlement is accepted as a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __2 7__ day of January, 2009.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party